Agnes Lehan and Henry Lehan, Appellees, v. East St. Louis Shade and Fixture Company, Inc. et al., Appellants.

Heard in this court at the February term, 1944; opinion filed February 28, 1944. Karns & Bandy and Harry Fishbein, for appellants; Baker, Lesemann, Kagy & Wagner, for appellees. Opinion by JUSTICE BRISTOW. Not to be published in full.

B. M. McGraw, Appellee, v. W. W. Shaffer and W. W. Toler, Trading as Shaffer and Toler, Copartnership, Appellants.

Heard in this court at the February term, 1944; opinion filed February 28, 1944. E. Harold Wineland, for appellants; Pyle & McCallister, for appellee. Opinion by JUSTICE BRISTOW. Not to be published in full.